**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AQUILINO GONZALEZ JALAL,** | : | **CIVIL ACTION** |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | **No. 26-5429** |
| | : | |
| **J.L. JAMISON,** *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 11th day of August, 2026, upon consideration of Respondents' email request for clarification, and Petitioner's response thereto, it is hereby **ORDERED** that the prohibition on Petitioner's transfer outside the Eastern District of Pennsylvania (ECF No. 3 ¶ 2) is **LIFTED.**[1]

BY THE COURT:

_____
Hon. Mia R. Perez

---

[1] On July 31, 2026, Petitioner filed a Petition for Writ of Habeas Corpus, seeking his immediate release from detention. ECF No. 1. On August 1, 2026, this Court ordered Respondents to show cause why the petition should not be granted and prohibited Petitioner's transfer outside the Eastern District of Pennsylvania pending further Order of the Court. ECF No. 3. On August 4, 2026, Respondents indicated Petitioner had been transferred from Philadelphia to the Moshannon Valley Processing Center in Phillipsburg, PA before the petition was filed. ECF No. 5. They further stated that on August 3, 2026, an immigration judge entered an order of removal that was administratively final. *Id.* On August 5, 2026, Petitioner voluntarily dismissed his petition. ECF No. 8.

On August 11, 2026, counsel for Respondents emailed this Court asking for clarification of whether the prohibition on Petitioner's transfer has been lifted given the voluntary dismissal of the petition. Counsel for Petitioner replied by email, stating that Petitioner wishes to be returned to his country and consents to the Court lifting the prohibition on his transfer. The prohibition on Petitioner's transfer outside the Eastern District of Pennsylvania, ECF No. 3 ¶ 2, is therefore lifted.